```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03964
   PATRICIA A HAYES
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8885

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/21/2008 and was confirmed 05/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
CAPITAL ONE                UNSECURED          2082.03          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          3223.44          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED           754.94          .00           .00
TARGET NATIONAL BANK       UNSECURED           124.31          .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00          .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE      1063.58          .00           .00
AMERICAN GENERAL FINAN     UNSECURED        NOT FILED          .00           .00
BANK OF AMERICA            UNSECURED        NOT FILED          .00           .00
SPRINT PCS                 UNSECURED        NOT FILED          .00           .00
CHASE CC                   UNSECURED        NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED          .00           .00
CITY OF HARVEY             UNSECURED        NOT FILED          .00           .00
FNANB                      UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED          3191.70          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           455.35          .00           .00
PATHOLOGY CONSULTANTS OF   UNSECURED        NOT FILED          .00           .00
VILLAGE OF COUNTRY CLUB    UNSECURED        NOT FILED          .00           .00
B-REAL LLC                 UNSECURED           326.01          .00           .00
MIDWEST TITLE LOANS        SECURED VEHIC       450.00          .00         70.00
FORD CITY COURTYARD        CURRENT MORTG          .00          .00           .00
FORD CITY COURTYARD        MORTGAGE ARRE       555.00          .00           .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY     NOT FILED          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,464.00                    2,177.10
TOM VAUGHN                 TRUSTEE                                         195.40
DEBTOR REFUND              REFUND                                          385.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             2,827.50


                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 03964 PATRICIA A HAYES
```

```
PRIORITY                                                          .00
SECURED                                                         70.00
UNSECURED                                                         .00
ADMINISTRATIVE                                                2,177.10
TRUSTEE COMPENSATION                                            195.40
DEBTOR REFUND                                                   385.00
                                      ---------------    ---------------
TOTALS                                       2,827.50           2,827.50
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/27/09                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE